UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

WHITNEY MOCKOBEE                                                                                          PLAINTIFF

v.                                                                          CASE NO.: 4:23-cv-00046-GNS-HBB

PENNSYLVANIA HIGHER EDUCATION                                                          DEFENDANTS
ASSISTANCE AGENCY et al.

## NOTICE OF SETTLEMENT

Defendant, Equifax Information Services, LLC ("Equifax") and Plaintiff, Whitney Mockobee, hereby notify the Court that Plaintiff and Equifax have settled all claims between them in this matter and are in the process of completing the final settlement documents.

Respectfully submitted this 23rd day of May, 2023.

HEMMINGER LAW OFFICE, PSC

/s/ *David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, P.S.C.
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel: (502) 443-1060
Fax: (502) 873-5300
Email: hemmingerlawoffice@gmail.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

*/s/ David W. Hemminger*
David W. Hemminger
