# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| WHITNEY MOCKOBEE,<br><br>    Plaintiff,<br><br>v.<br><br>PENNSYLVANIA HIGHER EDUCATION ASSISTANCE AGENCY et al.<br><br>    Defendants. | Case No. 4:23-cv-00046-GNS-HBB |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon the agreement of the Plaintiff, Whitney Mockobee, and Defendant, Trans Union, LLC, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Trans Union, LLC **only** are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

**HAVE SEEN AND AGREED**:

*/s/David W. Hemminger*
David W. Hemminger
HEMMINGER LAW OFFICE, PSC
331 Townepark Circle, Suite 100-C
Louisville, Kentucky 40243
Phone: (502) 443-1060
Fax: (502) 873-5300
*Counsel for Plaintiff*

And

*/s/Andrew M. Lehmann (with permission)*
Andrew M. Lehmann
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
317-749-7168
Email: andrew.lehmann@transunion.com
*Counsel for Defendant, Trans Union, LLC*