# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY

WHITNEY MOCKOBEE,

      Plaintiff,                              Case No. 4:23-cv-00046-GNS-HBB

v.

PENNSYLVANIA HIGHER ED. ASSISTANCE AGENCY et al.

      Defendants.        /

## NOTICE OF VOLUNTARY DISMISSAL

    Whitney Mockobee ("Plaintiff") hereby files this Notice of Voluntary Dismiss with Prejudice of her claims against Defendant, Pennsylvania Higher Education Assistance Agency only with each party to bear her/its own costs and fees.

                                                              Respectfully submitted,

                                                              */s/ David Hemminger*
                                                               David W. Hemminger
                                                               331 Townepark Circle
                                                               Suite 100-C
                                                               Louisville, KY 40243
                                                               502-443-1060
                                                               Fax: 502-873-5300
                                                               E-Mail: hemmingerlawoffice@gmail.com
                                                               ***Counsel for Plaintiff***