UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

WHITNEY MOCKOBEE,

        Plaintiff,                               Case No. 4:23-cv-00046-GNS-HBB

v.

PENNSYLVANIA HIGHER ED. ASSISTANCE AGENCY et al.

        Defendants.     /

## STATUS REPORT

Comes the Plaintiff, Whitney Mockobee, and pursuant to the Court's Order [D.N. 13] hereby advises the Court that she has settled her claims against Defendant, Equifax Information Services, LLC ("Equifax") and will shortly file an Agreed Order of Dismissal of Equifax. In addition, Plaintiff has today filed a Notice of Voluntary Dismissal of Defendant, Pennsylvania Higher Education Assistance Agency.

                                                        Respectfully submitted,

                                                        */s/ David Hemminger*
                                                        David W. Hemminger
                                                        331 Townepark Circle
                                                        Suite 100-C
                                                        Louisville, KY 40243
                                                       502-443-1060
                                                       Fax: 502-873-5300
                                                       E-Mail: hemmingerlawoffice@gmail.com
                                                       ***Counsel for Plaintiff***