IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
(LOUISVILLE DIVISION)

WHITNEY MOCKOBEE                                        PLAINTIFF

v.                                                    CASE NO.: 4:23-cv-00046-GNS-HBB

PENNSYLVANIA HIGHER ED. ASSISTANCE AGENCY et al.       DEFENDANTS

**AGREED ORDER OF DISMISSAL**

Upon agreement of the Plaintiff, Whitney Mockobee, and the Defendant, Equifax Information Services, LLC ("Equifax"), each by counsel, and the Court being otherwise sufficiently advised;

IT IS HEREBY ORDERED that Plaintiff's claims asserted in this litigation against Equifax are hereby DISMISSED WITH PREJUDICE, each party to bear its own attorneys' fees and costs.

Respectfully Submitted

*/s/ David W. Hemminger*
David W. Hemminger
Hemminger Law Office, PSC
331 Townepark Circle, Suite 100-C
Louisville, KY 40243
Tel. 502-443-1060
hemmingerlawoffice@gmail.com
*Counsel for Plaintiff*

Greg N. Stivers, Chief Judge
United States District Court

August 2, 2023

And

*/s/John Michael Williams (with permission)*
John Michael Williams
Williams Kilpatrick, PLLC
3151 Beaumont Centre Circle, Suite 375
Lexington, KY 40513
859-245-1059
Fax: 859-245-1231
Email: williams@wktlaw.com
*Counsel for Defendant, Equifax Information Services, LLC*